FILED
CLERK, U.S. DISTRICT COURT

APR 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA           )    Case No. 11-0802M-1
                                        )
12              Plaintiff,              )
                                        )
13          v.                          )    **ORDER OF DETENTION**
                                        )
14  MAURICE VANALLEN ROSS,              )
                                        )
15              Defendant.              )
    _____ )
16

17                                      I.

18  A.      ( ) On motion of the Government involving an alleged:

19          1.      ( ) crime of violence.

20          2.      ( ) offense with maximum sentence of life imprisonment or death.

21          3.      ( ) narcotics or controlled substance offense with maximum sentence of ten

22                  or more years.

23          4.      ( ) felony where defendant was convicted of two or more prior offenses

24                  described above.

25          5.      ( ) felony that is not otherwise a crime of violence that involves a minor victim,

26                  or possession or use of a firearm or destructive device or any other

27                  dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

28

B.      (X) On motion by the Government ( ) the court's own motion, in a case allegedly involving:

(X) the further allegation by the Government that there is:

1.      (X) a serious risk defendant will flee.

2.      ( ) a serious risk defendant will:

a.  ( ) obstruct or attempt to obstruct justice.

b.  ( ) threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

C.      The Government is (X) is not ( ) entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A.      the nature and circumstances of the offense(s), including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor or a controlled substance, firearm, explosive, or destructive device;

B.      the weight of evidence against the defendant;

C.      the history and characteristics of the defendant; and

D.      the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report.

## IV.

A.      The court finds that no condition or combination of conditions will reasonably assure:

1.      (X) the appearance of defendant as required.

( ) and/or

2.      ( ) the safety of any person or the community.

B.      The court bases the foregoing finding(s) on the following:

2

1.   (X) Flight Risk:  The history and characteristics indicate a serious risk that defendant will flee because: <u>he (1) lacks sufficient bail resources; (2) was not candid with Pretrial Services regarding his finances; and (3) he uses an alias.</u>

_____

2.   (  ) Danger:  Defendant poses a risk to the safety of other persons or the community because: _____

3.   (X) <u>See also</u> Pretrial Services Report/Memorandum.

4.   (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## V.

A.   The court finds that a serious risk exists that defendant will:

1.   (  ) obstruct or attempt to obstruct justice.

2.   (  ) threaten, injure or intimidate a witness or juror.

3.   (  ) attempt to threaten, injure or intimidate a witness or juror.

B.   The court bases the foregoing finding(s) on the following:

_____

(  ) <u>See also</u> Pretrial Services Report/Memorandum.

## VI.

A.   IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for private consultation with counsel.

D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections

1    facility in which defendant is confined shall deliver defendant to a United States

2    marshal for the purpose of an appearance in connection with a court proceeding.

3    DATED: _____April 19_____, 2011.

4

5                                              _____
                                                              Fernando M. Olguin
6                                                      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4